PROB 19
(Rev 3/88)

# United States District Court
## for the
### DISTRICT OF MARYLAND

**FILED** 08-067-M-01

FEB 07 2008

Clerk, U.S. District and Bankruptcy Courts

U.S.A. vs. Levid V Alvidrez

Docket No.: 07-1609M

Petition on Probation

COMES NOW Leticia Trevino PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Levid Valles Alvidrez** who was placed on supervision for **Speeding and Driving on Suspended License, Class B misdemeanors***, by the Honorable **Thomas M. DiGirolamo, U.S. Magistrate Judge**, sitting in the court at **Greenbelt, Maryland**, on the 15th day of **October, 2007** who fixed the period of supervision at **6 months**, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

* Pursuant to 18 U.S.C § 3581, the maximum penalty for the offense of conviction is 6 months

1. Do not drive until licensed
2. Obtain a driver's license
3. $700 in fines

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here, if length, write on separate sheet and attach)

WHEREAS: On 11/26/07, Mr. Levid Valles Alvidrez allegedly committed another crime in that he was arrested in Washington, D.C., by the Washington Metropolitan Police and charged with Possession with the Intent to Distribute CDS (Cocaine) in violation of the Statutory Condition which states that the defendant shall not commit any federal, state or local crime; and the Statutory Condition which states that the defendant shall not illegally possess a controlled substance.

PRAYING THAT THE COURT WILL ORDER a warrant be issued and lodged as a detainer for the arrest of Levid Valles Alvidrez for alleged violations of probation

ORDER OF COURT
Considered and ordered as prayed this 21st day of Dec, 2007 and ordered filed and made a part of the records in the above case.

_Thomas M. DiGirolamo_
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

_Leticia Trevino_, Senior U S Probation Officer

Date  December 14, 2007

Reviewed and Approved By:

_Leon A. Epps_
Leon Epps, Supervisory U.S Probation Officer

Place Greenbelt, Maryland

U.S. Probation and Pretrial Services
# MEMORANDUM

08-067-M-01
**FILED**
FEB 07 2008
Clerk, U.S. District and
Bankruptcy Courts

DATE:       December 14, 2007

TO:         The Honorable Thomas M. DiGirolamo
            U.S. Magistrate Judge

FROM:       Leticia Trevino
            Senior U.S. Probation Officer

RE:         ALVIDREZ, Levid Valles
            Docket No.: 07-01609M
            Exp. Date: 04/14/2008

SUBJ:       <u>Notice of Violation - Warrant Requested</u>

**Sentencing Information:**
On October 15, 2007, Levid Valles Alvidrez appeared before Your Honor for sentencing subsequent to conviction for the offense of Speeding and Driving on Suspended License. He was placed on probation for a period of 6 months, with the following conditions imposed 1) Do not drive until licensed, 2) Obtain a driver's license, 3) $700 in fines.

**Adjustment to Supervision/Violations Alleged:**
While under supervision, Mr Alvidrez adjustment has been marginal. His first urine sample on 10/15/07 proved positive for Marijuana. The court was informed and we requested no action pending further violations. His second urine sample was negative.

However, we regret to inform you that Mr. Alvidrez has been arrested and charged with committing another crime.

He has paid $300 toward the $700 fine.

Based on the above, this officer alleges the following violations of supervision:

1.  On 11/26/07, Mr. Alvidrez allegedly committed another crime in that he was arrested in Washington, DC by the Washington Metropolitan Police and charged with Possession with the Intent to Distribute CDS(Cocaine) in violation of the Statutory Condition which states that the defendant shall not commit any federal, state or local crime; and the Statutory Condition which states that the defendant shall not illegally possess a controlled substance

LAC
12/19/07

ALVIDREZ, Levid V
Violation Report
Page 2

Recommendation:
Based on the violations stated above, this officer respectfully recommends a warrant be issued for the arrest of Levid V Alvidrez for alleged violations of probation

I have attached a Form 12 for the Court to execute, should Your Honor concur.

Should Your Honor have any questions or concerns, this officer is available at (301) 344-3874

Mr Alvidrez's is currently detained at the D.C. Jail, 1901 D Street, SE. Washington, DC 20003

Mr. Alvidrez was represented at sentencing by Luis RS. Simmons.

The Government was represented at sentencing by Hollis Weisman, U.S. Courthouse, Suite 400, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.


Attachment

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF MARYLAND

**08-067-M-01**

UNITED STATES OF AMERICA

vs.

ALVIDREZ, LEVID V

*Defendant.*

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| 1134916 | 04/06/2007 |
| MY94 | |

WARRANT TO BE LODGED AS A DETAINER
D.C. JAIL
1901 D STREET, SE
WASHINGTON, DC 20003

**FILED**
**FEB 07 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CASE NO.: 07-1609M - VIOLATION OF PROBATION**

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ __**MUST APPEAR**__ may be Forfeited in Lieu of Appearance.

Date _December 27, 2007_

_____
United States Magistrate Judge
HON. WILLIAM CONNELLY

## RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
| | 2-7-2008 | District Court Cell block |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT*

| DATE | LOCATION |
|---|---|
| 2-7-2008 | D/C Cell block |

Name _D.L.Tolliver_   Title _DUSM_   District _D/C_

Date _2-7-2008_   Signature _____

PROB 19
(Rev 3/89)

# United States District Court
## for the
### DISTRICT OF MARYLAND

**FILED** 08-067-M-01

FEB 07 2008

Clerk, U S. District and Bankruptcy Courts

U.S.A. vs. Levid V Alvidrez

Docket No.: 07-1609M

Petition on Probation

COMES NOW Leticia Trevino PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Levid Valles Alvidrez** who was placed on supervision for **Speeding and Driving on Suspended License, Class B misdemeanors\***, by the Honorable Thomas M. DiGirolamo, U.S. Magistrate Judge, sitting in the court at Greenbelt, Maryland, on the 15th day of October, 2007 who fixed the period of supervision at **6 months**, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

\* Pursuant to 18 U.S.C § 3581, the maximum penalty for the offense of conviction is 6 months

1. Do not drive until licensed
2. Obtain a driver's license
3. $700 in fines

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here, if lengthy, write on separate sheet and attach)

WHEREAS:   On 11/26/07, Mr. Levid Valles Alvidrez allegedly committed another crime in that he was arrested in Washington, D.C., by the Washington Metropolitan Police and charged with Possession with the Intent to Distribute CDS (Cocaine) in violation of the Statutory Condition which states that the defendant shall not commit any federal, state or local crime; and the Statutory Condition which states that the defendant shall not illegally possess a controlled substance.

PRAYING THAT THE COURT WILL ORDER a warrant be issued and lodged as a detainer for the arrest of Levid Valles Alvidrez for alleged violations of probation

ORDER OF COURT
Considered and ordered as prayed this 21st day of Dec, 2007 and ordered filed and made a part of the records in the above case.

_____
Thomas M. DiGirolamo
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Leticia Treviño, Senior U S Probation Officer

Date   December 14, 2007

Reviewed and Approved By

_____
Leon Epps, Supervisory U.S Probation Officer

Place Greenbelt, Maryland

**U.S. Probation and Pretrial Services**
# MEMORANDUM

DATE:   December 14, 2007

TO:     The Honorable Thomas M. DiGirolamo
        U.S. Magistrate Judge

FROM:   Leticia Trevino
        Senior U.S. Probation Officer

RE:     ALVIDREZ, Levid Valles
        Docket No.: 07-01609M
        Exp. Date: 04/14/2008

SUBJ:   <u>Notice of Violation - Warrant Requested</u>

08-067-M-01

FILED
FEB 07 2008
Clerk, U.S. District and
Bankruptcy Courts

**Sentencing Information:**
On October 15, 2007, Levid Valles Alvidrez appeared before Your Honor for sentencing subsequent to conviction for the offense of Speeding and Driving on Suspended License. He was placed on probation for a period of 6 months, with the following conditions imposed 1) Do not drive until licensed, 2) Obtain a driver's license, 3) $700 in fines.

**Adjustment to Supervision/Violations Alleged:**
While under supervision, Mr Alvidrez adjustment has been marginal. His first urine sample on 10/15/07 proved positive for Marijuana. The court was informed and we requested no action pending further violations. His second urine sample was negative.

However, we regret to inform you that Mr Alvidrez has been arrested and charged with committing another crime.

He has paid $300 toward the $700 fine.

Based on the above, this officer alleges the following violations of supervision.

1.  On 11/26/07, Mr. Alvidrez allegedly committed another crime in that he was arrested in Washington, DC by the Washington Metropolitan Police and charged with Possession with the Intent to Distribute CDS(Cocaine) in violation of the Statutory Condition which states that the defendant shall not commit any federal, state or local crime; and the Statutory Condition which states that the defendant shall not illegally possess a controlled substance

LMC
12/19/07

ALVIDREZ, Levid V
Violation Report
Page 2

Recommendation:
Based on the violations stated above, this officer respectfully recommends a warrant be issued for the arrest of Levid V Alvidrez for alleged violations of probation

I have attached a Form 12 for the Court to execute, should Your Honor concur.

Should Your Honor have any questions or concerns, this officer is available at (301) 344-3874

Mr Alvidrez's is currently detained at the D.C. Jail, 1901 D Street, SE, Washington, DC 20003

Mr. Alvidrez was represented at sentencing by Luis RS. Simmons.

The Government was represented at sentencing by Hollis Weisman, U.S. Courthouse, Suite 400, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.


Attachment