Return Copy
Rev 1/07

### Clerk's Office
### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

Date: 03/27/08

Address of Other Court: USDC District of Maryland
Criminal Division
6500 Cherrywood Lane
Greenbelt, MD 20770

RE: CR 08-MJ-067, USA v. Alvidrez

**FILED**

APR - 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

| | | | |
|---|---|---|---|
| ☑ | Docket Sheet | ☑ | Warrant of Removal |
| ☑ | Complaint | ☐ | Order of Removal |
| ☐ | Minute Order Appointing Counsel | ☐ | Detention Order |
| ☐ | Corporate Surety Bond | ☑ | Waiver of Removal |
| ☐ | Personal Surety Bond | | |

☑ Other: Blotters Filed on: 2/7/08; 2/19/08; 2/29/08; 3/7/08; 3/14/08 & 3/20/08

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk